IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN B. AUBREY, INDIVIDUALLY STEVEN B. AUBREY, AS BENEFICIARY OF THE AUBREY FAMILY TRUST, AND BRIAN E. VODICKA, <br>     PLAINTIFS, <br> V. <br><br> THE ESTATE OF IRA TOBOLOWSKY, MICHAEL B. TOBOLOWSKY, FAITH G. BURK, STEPHEN SCHOETTMER, DAVID P. HENDRICKS, ERIC V. MOYE, DONALD J. COSBY, RICHARD B. AUBREY, JR., BETSY S. AUBREY, AS INDEPENDENT EXECUTRIX OF THE ESTATE OF RICHARD BUCK AUBREY, DECEASED, RACHEL ANN CRAIG, ROBIN L. LANDIS, AND JACKIE K. WHEELINGTON, <br>     DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § | No. 3:19-CV-2792-N-BK |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Plaintiff, Steven B. Aubrey, filed the only objections and the Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objections were made. The objections are overruled and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Judge Cosby and Judge Moyé's motions, Doc. 15, Doc. 35, are **GRANTED**, and Plaintiffs' case against them is **DISMISSED WITH PREJUDICE**. Judge Cosby and Judge Moyé are terminated as Defendants in this case.

SO ORDERED this 18th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE