IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

STEVEN B. AUBREY, INDIVIDUALLY,
STEVEN B. AUBREY, AS BENEFICIARY
OF THE AUBREY FAMILY TRUST, AND
BRIAN E. VODICKA,

    PLAINTIFFS,

V.

    CASE No. 3:19-CV-2792-N-BK

THE ESTATE OF IRA TOBOLOWSKY,
MICHAEL B. TOBOLOWSKY, FAITH G.
BURK, STEPHEN SCHOETTMER, DAVID
P. HENDRICKS, ERIC V. MOYE,
DONALD J. COSBY, RICHARD B.
AUBREY, JR., BETSY S. AUBREY, AS
INDEPENDENT EXECUTRIX OF THE
ESTATE OF RICHARD BUCK AUBREY,
DECEASED, RACHEL ANN CRAIG,
ROBIN L. LANDIS, AND JACKIE K.
WHEELINGTON,

    DEFENDANTS.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Defendants' *Motions to Dismiss*, Docs. 29, 30 & 31, are **GRANTED**.

SIGNED this 1st day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE