IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVEN B. AUBREY, INDIVIDUALLY, STEVEN B. AUBREY, AS BENEFICIARY OF THE AUBREY FAMILY TRUST, AND BRIAN E. VODICKA,<br>    PLAINTIFFS,<br>V.<br><br>THE ESTATE OF IRA TOBOLOWSKY, MICHAEL B. TOBOLOWSKY, FAITH G. BURK, STEPHEN SCHOETTMER, DAVID P. HENDRICKS, RICHARD B. AUBREY, JR., BETSY S. AUBREY, AS INDEPENDENT EXECUTRIX OF THE ESTATE OF RICHARD BUCK AUBREY, DECEASED, RACHEL ANN CRAIG, ROBIN L. LANDIS, AND JACKIE K. WHEELINGTON,<br>    DEFENDANTS. | CASE NO. 3:19-CV-2792-N-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiffs filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiffs' case is **DISMISSED WITH PREJUDICE**. Moreover, Plaintiff Steven B. Aubrey is **ORDERED TO**

**SHOW CAUSE** in writing no later than Tuesday, October 5, 2021 why he should not be barred from filing future actions against Defendants involving the same subject matter.

SO ORDERED this 28th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE